IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

WANDA EASLEY     PLAINTIFF

v.     No. 2:11cv14-GHD-DAS

ARROW FINANCIAL SERVICES, LLC, ET AL.     DEFENDANTS

**ORDER**

On May 9, 2011, the court issued a show cause Order (# 18), directing plaintiff's counsel to show cause for her failure to appear at the case management conference set for 3:00 p.m. on that date. The court also entered a monetary sanction in the amount of $250.00. In her response (# 19) to that order, counsel essentially asserts that the failure was due to a mistake by her office staff in calendaring the setting. Counsel also requests that the court reconsider the assessment of the monetary sanction or, in the alternative, grant an extension on the deadline for payment.

The court is of the opinion that counsel is ultimately responsible for mistakes made by her office staff, especially when those mistakes or errors cause prejudice to other litigants or unduly interfere with or delay court proceedings. Accordingly, plaintiff's counsel's request for reconsideration of the sanction is denied. However, the court will allow counsel additional time until June 3, 2011, to pay the sanction to the Clerk of this court. Counsel is hereby warned that failure to timely pay the sanction may be considered willful and may subject counsel to harsher sanctions or contempt proceedings.

SO ORDERED this 11th day of May, 2011.

/s/ David A. Sanders
U. S. Magistrate Judge